

ALAN WEINREB, ESQ.   C. LANCE MARGOLIN, ESQ.   CYNTHIA A. NIERER, ESQ.

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

October 28, 2022

<u>Via ECF</u>
The Magistrate Judge Lee G. Dunst
United States District Court Judge
United States District Court—E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

RE:   <u>Windward Bora LLC v. Durkovic., et al., 22-cv-411-MKB-LGD</u>

Dear Magistrate Judge Dunst:

We represent the Plaintiff in the above-referenced action. Please accept this letter in response to Your Honor's Report and Recommendation entered on October 28, 2022 [Docket No. 21]. The "Loan Number Step 1" entry and the "Borrower's Phone No" entry were redacted from the copies of the RPAPL §1306 Proof of Filing Statements that were filed with Plaintiff's Complaint in order to protect the Defendants' privacy.

Pursuant to Your Honor's directive in the Report and Recommendation, attached hereto is the unredacted RPAPL §1306 Proof of Filing Statements.[1] As such, Plaintiff contends that it did comply with RPAPL §1306 and respectfully requests that Your Honor reconsider the Report and Recommendation, which states that "Plaintiff Failed To Comply With RPAPL Section 1306", warranting denial of the Motion for default judgment of foreclosure and sale.

Should the court require additional information, kindly advise. We thank the Court for its review of the within submission.

Respectfully Submitted,

<u>/s/Alan H. Weinreb</u>
Alan Weinreb, Esq.

Enclosures

---

[1] The "Loan Number Step 1" entry remains redacted.

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

  



# New York State Department of Financial Services
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL. The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : FCI Lender Services, Inc. |
| Address | : 8180 E. Kaiser Blvd, , Anaheim Hills, CA, 92808, |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS5480876 |
| Mailing Date Step 1 | : 16-SEP-21 12.00.00.000 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 16-SEP-21 10.57.54.000 AM |
| Filing Date Step 1 Orig | : 16-SEP-21 10.55.52.000 AM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 1460 Forest Avenue, , Baldwin, Nassau, NY, 11510, |
| Date of Original Loan | : 16-JUN-05 12.00.00.000 AM |
| Amt of Original Loan | : 165000 |
| Loan Number Step 1 | : xxxxxxxxxxxx |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : Junior Lien |
| Type of Reverse Mortgage | : Not Applicable |
| HUD Approval Status | : Not Applicable |
| Loan Details | : Fixed Rate |
| Loan Term | : Other |
| Loan Modification | : No |
| Days Delinquent | : Other |
| Borrower's Name | : Rhonda  Mcqueen |
| Address | : 1460 Forest Avenue,  Baldwin, NY 11510 |
| Borrower's Phone No | : 5167058448 |
| Filing Status | : Step 1 Completed |

Sincerely,
New York State Department of Financial Services



# New York State Department of Financial Services
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL. The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : FCI Lender Services, Inc. |
| Address | : 8180 E. Kaiser Blvd, , Anaheim Hills, CA, 92808, |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS5480876 |
| Mailing Date Step 1 | : 16-SEP-21 12.00.00.000 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 16-SEP-21 10.57.54.000 AM |
| Filing Date Step 1 Orig | : 16-SEP-21 10.55.52.000 AM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 1460 Forest Avenue, , Baldwin, Nassau, NY, 11510, |
| Date of Original Loan | : 16-JUN-05 12.00.00.000 AM |
| Amt of Original Loan | : 165000 |
| Loan Number Step 1 | : xxxxxxxxxxxx |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : Junior Lien |
| Type of Reverse Mortgage | : Not Applicable |
| HUD Approval Status | : Not Applicable |
| Loan Details | : Fixed Rate |
| Loan Term | : Other |
| Loan Modification | : No |
| Days Delinquent | : Other |
| Borrower's Name | : Robert Mcqueen |
| Address | : 1460 Forest Avenue, Baldwin, NY 11510 |
| Borrower's Phone No | : 5167058448 |
| Filing Status | : Step 1 Completed |

Sincerely,
New York State Department of Financial Services